

# Fourth Court of Appeals
## San Antonio, Texas

October 9, 2015

No. 04-15-00437-CV

Larry A. **VICK** and Linda H. Vick,
Appellants

v.

**FLORESVILLE INDEPENDENT SCHOOL DISTRICT**, City of Floresville, Wilson County,
Linebarger Goggan Blair & Sampson, LLP, Rashay K. Chapa, Wilson County Appraisal District,
Appellees

From the 218th Judicial District Court, Wilson County, Texas
Trial Court No. 14-08-0504-CVW-A
Honorable Russell Wilson, Judge Presiding

# O R D E R

The reporter's record was originally due to be filed in this appeal on August 31, 2015. On September 4, 2015, this court sent the court reporter responsible for preparing the record, Ms. Leticia Escamilla, notice that the record was late. Ms. Escamilla was instructed to file a notification of late record if payment was an issue. Otherwise, Ms. Escamilla was instructed to file the reporter's record by October 5, 2015. The reporter's record has not been filed.

It is therefore ORDERED that Ms. Leticia Escamilla file the reporter's record in this court no later than October 29, 2015. If the record is not filed by that date, an order may be issued directing Ms. Escamilla to appear and show cause why she should not be held in contempt for failing to file the record. The clerk of this court shall cause a copy of this order to be served on Ms. Escamilla by certified mail, return receipt requested, or give other personal notice of this order with proof of delivery. Because "[t]he trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed," TEX. R. APP. P. 35.3(c), the clerk of the court is directed to serve a copy of this order on the Honorable Russell Wilson, Judge of the 218th Judicial District Court.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of October, 2015.



Keith E. Hottle
Clerk of Court